UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 12-CR-00163 (BAH) |
| : | |
| KRISTEN M. JASPER, : | |
| Defendant. : | |
| : | |

## AFFIDAVIT OF PHILIP W. KROOP

I, PHILIP W. KROOP, Special Agent and Chief, Quality and Integrity Assurance, United States Office of Personnel Management, Federal Investigative Services ("OPM-FIS"), having been duly sworn, hereby depose and state as follows:

A. OBJECTIVE:

1. This affidavit is presented in support of the government's memorandum in aid of sentencing of defendant KRISTEN M. JASPER("JASPER") for her conviction for making a false statement.

B. CREDENTIALS

2. I am a Special Agent at OPM-FIS and Chief of Quality and Integrity Assurance. I have been employed with OPM-FIS for more than seven years. My duties include, but are not limited to, overseeing and ensuring the integrity of background investigations of individuals who are either employed by or seeking employment with federal agencies or government contractors.

3. Prior to joining OPM, I worked for approximately 3-1/2 years as a background investigator for the U.S. Department of Defense beginning in June 2001.

C. SOURCE OF EVIDENCE

4. I am familiar with the facts and circumstances of this investigation. The information

contained in this affidavit is based upon my personal investigative activities, including my review of OPM-FIS documents.

### D. THE SCOPE OF JASPER'S FALSIFICATIONS

5. As the statistical summary below demonstrates, OPM-FIS's recovery effort and analysis of the interviews and record checks in Reports of Investigation ("ROI's") submitted by JASPER revealed numerous instances of confirmed falsification, possible falsification, and source testimonies that could not be validated:

| | |
|---|---|
| Total cases in recovery project | 226 |
| Total sources | 723 |
| Sources with confirmed falsification | 47 |
| Sources with falsification indicators or source testimonies that could not be validated | 108 |
| % of sources with confirmed falsification, with falsification indicators, or source testimonies that could not be validated | 21% |

Based on my background and experience, there could be some instances where source testimonies could not be validated for reasons unrelated to any falsification by JASPER. However, a large number of sources with confirmed falsification, with falsification indicators, or that could not be validated, such as we have in this case, most often indicates that there was pervasive falsification by the background investigator.

### E. TOTAL COST OF RECOVERY EFFORT

6. The discovery and confirmation of a falsification by JASPER in one of her ROI's required OPM-FIS to undertake a full recovery effort to ascertain the depth and scope of

JASPER'S falsification activities. Upon discovering even a single falsified interview or record check in an ROI, OPM-FIS identifies each investigation that was assigned to the investigator during the specified time frame and re-interviews each source the defendant allegedly contacted to ensure the testimony attributed to each source is true and accurate. When falsification or inaccuracies are found, the recovery investigators prepare corrected ROI's. OPM-FIS was required to rework 226 of JASPER'S cases, which involved recontacting 723 sources.

7.   The estimated total cost of this recovery project was at least $109,000. The Special Agents and administrative personnel assigned to this recovery project tracked the hours they spent working on this project, and each employee's hourly rate, including benefits, was used to calculate the overall cost of the project. Most sources were re-interviewed in person, so the hours that were tracked included travel time to and from those sources. In addition, the hours spent on the recovery project included time spent reviewing each case, scheduling new field work, writing up new ROI's, reviewing recovery fieldwork, correcting OPM's files to remove or replace inaccurate reports, and preparing the corrected cases for delivery to the requesting agencies.

I swear to the truth of the foregoing under pain and penalty of perjury, this 15th day of October, 2012.

_____
Philip W. Kroop