Dear Judge Howell,

      Right out of college I was anxious to get a "real" job and to succeed so that I could make my family proud of me.  I had failed to become the dentist they had hoped for and with a political science degree, I wanted to show what I was worth.  When I applied to OPM for the special agent position, I was initially rejected.  However, I called anyone who would listen to me and practically begged to be hired, promising to give my all to the job.  I was newly married, fresh out of college and after a year of looking for work, it was essential that I start working and contribute financially to the family.  Once hired, my husband and I packed up our belongings and moved across the country to live with my parents so that I could start this job.  I had no idea what I was getting myself into.

      During training, I was dedicated to learning the job but knew that I was way in over my head.   This led to many conversations with my trainers wondering if this was really the right job for me.  I insisted that I could learn the job and that it would get easier with time.  I struggled from day one but kept pushing myself to do well, or at least well enough to keep my job.  I had uprooted my spouse from his family to live with his new in-laws and I felt that I was being watched, judged and pushed to not disappoint.  All of these feelings I put on myself.  If you ask any of my family, if they had known how I really felt, how the stress was making me depressed, insecure and willing to do "what ever it took" to keep my job, they would have instantly told me to quit.

      Due to our address, my radius to complete cases was twice as great as my co-workers.  I was working 50 miles west and east of my home which made getting cases done quickly very difficult.   I asked my supervisor multiple times to be moved to a different team that focused only out west.  This request was denied.  Instead I was put on work logs, daily time reports and weekly phone calls with my supervisor to get motivated and keep on track.  It seemed that each year the turn around for case work became quicker and quicker while I got more and more stressed and anxious.

      I don't want to make excuses.  What I did was wrong, so wrong in fact that it could have had major repercussions on the safety of others.  I was not trying to be malicious in the falsifications.  I just wanted to keep my job, keep my family happy with me and not disappoint anyone.  I am so ashamed of myself that I know it will haunt me for the rest of my life.  I know that my husband, family and those few close friends who know of what I did are ashamed of me and I will never be rid of the guilt I feel, especially toward my husband.  He has stood by me in all the decisions I have made, good or bad and yet I feel as though I have ruined his life in the process.  I don't think I will ever recover from the guilt I feel.  He lost his job because of me, we are in financial ruin, living with family with no chance of getting a place of our own, a new baby that was unplanned that we can barely afford and the fact that I will probably never be able to work again, let alone get a job that makes as much as I was making before.  He is choosing to continue to love me, support me and try to make each day happy with our new addition.  All I want is to live a simple life by being a good wife, mother and friend to those around me.

Sincerely,

Kristen Jasper

Dear Judge Howell,

I am the spouse of Kristen Jasper.  We have been married for six and a half years and I have known Kristen for almost eight years.  Kristen and I met while we were both attending Brigham Young University-Hawaii where we dated and became engaged in 2005.  We were married in May 2006 and have had a very fun and uplifting marriage since.  I love Kristen more than I can ever express.  I have always known Kristen to be a very caring and thoughtful person.  I do consider her my best friend and I feel I know her better than anyone else around, so when the information came to light that she had made some mistakes with her work I was quite surprised and devastated.  Based on my relationship history with Kristen I never would have imagined her making the mistakes and committing the acts that she did with her employment.  She did express that she was stressed out and frustrated with her work from time to time but she never confided in me that she was doing anything wrong or illegal at work.  I encouraged her repeatedly that if her job with the U.S. Office of Personnel Management was getting to be too much for her that she should quite and that that would be fine with me.  She always assured me that she could handle things.

In my experience Kristen and has always been an honest and forthright person with me.  We have always had a very open and honest relationship and communication has never been a problem in our relationship.  I have always felt that we could trust each other and that we could openly express our feelings and thoughts with each other.  I have been hurt and angered by Kristen's actions and she knows that.  It will take time to repair our trust but I also take my marriage very seriously and still love and support Kristen.  I love her more today than ever before and I will continue to try and help her going forward.

As mentioned I have always known Kristen to be a very caring person.  She is and has been active in our church, the Church of Jesus Christ of Latter Day Saints.  We were both raised in the Mormon faith and she was taught to live a moral and ethical life attending church weekly growing up.  She attended Brigham Young University-Hawaii further committing to live an upstanding and Christ center life.  Those characteristics and values that she was taught and raised with were the reasons that I was drawn to her.  I felt that she would make a great wife and future mother one day.  I have never known Kristen to be a spiteful or vindictive person.  She spends a tremendous amount of her time doing nice things for others.  She has served and volunteered in the Mormon Church working with youth and teaching them morals and life lessons.  She has maintained a good relationship with her parents and three sisters.  She has spent a great deal of time and money over the years making personalized gifts.  Kristen spends her free time reading.  She also enjoys doing craft projects like sewing and cooking, which she in turns gives away to family and friends.  She has been a great emotional support to those around her always willing to lend a caring ear.

I believe there is no way that Kristen will ever commit this sort of offense again.  Based on her offense she will probably never be able to hold a security clearance again or be put in a position of trust where she would be able to do something like this again.  Kristen to my knowledge has never been in trouble with the law ever, not even as much as a speeding ticket and I am pretty sure that Kristen will never be in trouble with the law again after going through this very serious ordeal and being a convicted felon.  As a felon it will be hard for Kristen to even get a job again, and will be a big challenge for her to pay her restitution back to the government.  I plan to help as much as possible.  We are people that own up to our mistakes in life and try to make things right.  Kristen and I as a team will get through this experience and will work hard to rectify the situation.  This entire

experience has had a profound effect on her and I think Kristen will suffer with guilt and shame for the rest of her life as a result of the offense she committed, which is more punishment than anyone could ever inflict on her.  I know Kristen takes this whole situation very serious and feels a great deal of remorse and regret for what she has done.  I feel that Kristen took the job with the U.S. Office of Personnel Management being very young and naive fresh out of college but with the best of intentions and got overwhelmed with her job and let her judgment lapse.  Kristen plans for the future include giving birth to our first child and trying to be the best mother she can be.

Very Truly Yours,

Carstens Jasper

Dear Judge Howell,

I have known and loved Kristen longer than anyone here on earth, for I am her mother. I have watched her grow from infant to young woman, overcoming obstacles and succeeding in most everything she attempts.

She has been a loving, considerate and generous person all her life. Throughout her high school years Kristen arose at 5:30 a.m. every morning to attend one hour of religious instruction (seminary) at church before school started. During those 4 years she made sure every single person in her class were remembered on their birthdays. She decorated their chairs and baked them cupcakes.

Kristen has always been very protective and motherly to her three younger sisters. She has consistently helped in their upbringing; physically, emotionally and spiritually. She was always setting the example and standard for them to follow. All of her sisters, to this day, continue to seek her out and they have weekly communications.

Up until the incident that has brought her to you, Kristen has been an honest, upright, caring and sensitive individual. She has worked in our community for many years, volunteering at the local food bank, serving meals to the needy, cleaning and beautifying our streets and public buildings. She was also in the high school music program, playing the piano, flute and xylophone. She performed in Europe one summer with the Young Ambassadors providing free concerts in several different countries.

I obviously love my daughter very much. She means the world to me and I am devastated, as is she, that she has made this horrific mistake in her life.  I know she will never repeat this, or anything like it, in her life again. We have both shed many tears and offered up many prayers seeking comfort and forgiveness. I pray that mercy may be shown her.

All of my children are very hard workers, Kristen especially. She has been working since she was 16 years old. Her first job was at Mail-It-All and she was hired "over the phone" because they were so impressed with her.

Kristen has been blessed with many talents and she is good at almost everything she attempts. She loves to read, cook, bake, create and make quilts, sing, write, do photography and decorate. She loves the outdoors; rock climbing, water and snow skiing, snowmobiling, boating, 4-wheeling and the list just goes on.

My daughter has a beautiful soul and if you could truly know her and see inside her heart and mind, I feel you would love her as do I. She believes in God and has always tried to live the gospel as best she can. She loves, and is loved, by all around her.

She has been able to handle the pressure of all the jobs she has held, up until this one. In the future I believe Kristen wants to be a home-maker and raise her children in a good, loving home. That would be the greatest blessing she could imagine. By the time she sees you, her baby girl will be three months old. Kristen and Carstens have been married for six years. She has always wanted a baby so this really is the most important and anticipated accomplishment in her life. This is her true calling in life.

Thank you for listening to me Judge Howell. I am not a very eloquent writer but I hope you can get a sense of who Kristen is and what she means to our family. I am so sorry you had to meet our family in this way.

Sincerely,

Kim Graham

The Honorable Beryl A. Howell

United States District Judge

333 Constitution Avenue, N.W.

Washington, D.C. 20001

Your Honor,

My name is Clark Graham. I am Kristen Jasper's father. My daughter has asked that I write this letter to you on her behalf to give you some idea of what I know of her and her character.

Kristen is the 1st of four daughters we have. Being a typical dad in America I just had to buy a video camera to capture every event in this little family's life. I still have all the videos. I know them almost by heart having edited them many times over. If you could see these videos you would see a very sweet and loving daughter and sister. Kristen often protected and cared for her younger sisters. She often read to them at night because she enjoyed reading so much it was a pleasure to her. Many times she would write completely original stories and poems all on her own and share them with her sisters at night. She was always there for them and for their mother, helping around the house, at school and at church. She was the unofficial "family taxi driver" for over three years driving her sisters to church seminary classes at 6:30 am every morning and to sporting events when her parents were dealing with one of the other three daughters.

When Kristen was a teenager, she got several jobs all on her own to help pay for her own expenses. I also remember she did many volunteer projects within the Purcellville community such as assisting library staff at the public library, participating in community clean up events and sometimes going to the community food distribution centers helping to feed others in need. Kristen is perhaps one of the most caring and giving of all of our daughters. During high school and later in college she would always remember her friend's birthdays and decorate their locker at school or sometimes their car as a surprise. She never forgot a birthday of anyone in the family or any of our friends; and Kristen has many, many friends who know her as we do; generous, giving, and caring.

When Kristen went to college she worked very hard at all her classes even though many of them were very difficult for her she never gave up. While I supported many of her basic needs such as tuition and books she would always have to make up the difference with her own money and this required long nights at Outback Steak House serving and cleaning. She worked wherever she could find honest work. When she graduated she helped her husband finish school by working at nearby restaurants and hotels. During their honeymoon (if you could call it that) they both went to Ketchikan, Alaska to work at a large vacation lodge where she worked long hours serving tourists and cleaning while her new husband gave boat tours. They worked all summer saving and working harder than any young couple I know. When she got a job at OPM (Office of Personnel Management) in D.C. I was very excited for her and for me because I knew should could live with us her in Virginia while they worked in the area. However, I could tell, she did not like her job I think. I'm convinced she was under a huge amount of stress. She worked long hours and yet I always got the felling her work was pushing her harder and harder. I don't know exactly what she did or what the work entailed but I did not envy her position. I almost wish I had never even suggested she work her in D.C. In many ways I blame myself for everything that has gone wrong. I hope she doesn't read this. I think she might get mad at me. I just wish that whatever has happened it could be washed away. I wish I could hold her once again and somehow take all the pain, heart ache, and fear she has been feeling over the past two years and I would take the burden for her.

I know that Kristen is an honest, hard working person. I know it with every fiber of my being. I know her as well as anyone on earth, we were always a very close knit family. I feel that perhaps the stress she was feeling in her work somehow affected her judgment. Perhaps fear of being fired or fear of letting down her father drover her to do something dishonest. I don't know what happened. I just know that whatever happens we will always be by her side and love her and care for her as long as we live. I also know that whatever has happened has devastated her deeply and she will never do it again nor even so much as put herself in the position that it could *ever* happen again! She will never repeat this crime or mistake again of this I am certain.

She is a new mommy now and I know in my heart she wants to be the best mommy and wife in the world. She and her husband have always wanted to own their own business and they are working hard and trying to save to one day accomplish this goal. Kristen, just wants to live a quiet life with her new family working hard making blankets, curtains, and hundreds of other craft projects for her friends and family (which, by the way she is very good at). She still continues to go to church and still continues to do some volunteer work. I believe she volunteers as an assistant teacher.

I also know that if I were faced with the challenges Kristen has been facing over the past year or so, that I don't think I could handle it. I literally would give up because I do not have the strength of character she possesses. To me, it is amazing and as always I am still very proud of her. I always will be.

Most sincerely,

Clark Graham

Purcellville, VA 20132

Dear Judge Howell,

I am writing to give a reference of character for my sister-in-law, Kristen Jasper.
Since I have known Kristen, I have been impressed at the kind of person she is. When she was introduced to our family as a potential sister-in-law, all I could think was how lucky my brother was to find and (hopefully) marry this young lady. Kristen is a person who I would call well-rounded. She is well-educated, kind, and talented. Since joining our family, I have been impressed with the way she leads her life. She is hardworking, whether it be in her professional life, or in her personal one. She is not afraid to tackle difficult problems or situations. From the time I have known her she has been a great support to her husband, and to her extended family. She is active in our church, giving freely of her time and talents. She shows a good example to the young women in our church - that they should seek and secure an education, and try to live a life of purpose and good work.

Recently, Kristen became a mother for the first time. I know this is something that Kristen has wanted to be for a long time. I know also that she fears being separated from her little daughter, Cora. The anguish she feels at this time, I cannot fathom. Being a wife and mother myself, the thought of being without my own daughter is one that can bring me to my knees. I don't know if you are a mother yourself, but if you are you will understand this feeling. If I could plead on anyone's behalf, it would be for her daughter, my niece, who will desperately need her mother physically present during this very formative time in her life. At a time in this world where so many parents are grieving their children, and so many children are without their parents, the thought of one more separation makes me extremely sad. I work in an elementary school with high rates of poverty, homelessness, abuse, and neglect. I see daily the effects of children who are lacking the care of their parents. I truly do not want my niece to experience even a small amount of this kind of pain from being separated from her mother's care and love.

I know that Kristen understands the gravity of her situation. She has never tried to blame anyone else for her mistakes. She is a woman of character who has, like all of us at one time or another, made a mistake in her life. I know that Kristen is the type of person who will take the lessons that she has learned from this experience and turn them into a positive. She is not the type of person who will continue on a destructive path, rather the sort of person who will set her feet in a new direction and make the best use of her time, her talents, and her education.

I would like to thank you for taking the time to read and consider what I've written.

Sincerely,
Tara Jasper Fish

Dear Judge Howell,

I am writing in regards to my friend Kristen Jasper.  I have known Kristen for 3 years now.  My family met her and her husband through church.  We all taught in the the primary, the children's classes.  She has been a wonderful friend to me.  When we moved from Alabama to Virginia I was struggling and depressed.  Kristen invited me to gathering and even help a jewelry for my new business.

She and her husband lived in a small apartment over the garage in order to save money for their future.  They paid her parents rent and utilities.  Kristen struggled with her job.  Many times she felt pressure and threats from her supervisor of losing her job if she didn't get things completed.  But at the same time she was having a hard time getting in touch with the people she was suppose to, to complete files.  I know it weighed one her.  But even with all that she kept a smile on her face and did things for those around her all the time.  She would make cakes and quilts for friends and family who were having new babies.

Kristen also wanted to be a mom and had been waiting over 5 years to even try.  The little girl they have now wasn't even planned and she has been a stressful blessing.  Kristen has never had an easy life.  Her parents have had an awful marriage for years but refuse to get divorced.  She has lived in the middle of that for years.  Her father was actually mad at Kristen and her husband for moving out of the apartment.  Even though they were going to try to find a job and start a new life.

Having said all that, Kristen is one of the most happy, kind-hearted friends I have!  She has stayed active in church and her belief in God.  She knows her faults and never needs to be reminded of them by others.  They are in her thoughts often.

It has been a privilege to send this to you, Your Honor, and I hope you have a Happy Holiday.

Sincerely,

Emily Hatcher

Dear Judge Howell,

Your Honor, I realize your time is short and valuable. I appreciate you using some of it to read this letter on behalf of Kristen Jasper. I am aware of the situation and what Kristen has been accused of. I am not normally a woman of a great many words often more content to be in the background, but I do feel it is important to stand up and support Kristen in the best way that I know how in this situation.

I have spent much time- more than most in our family, discussing with Kristen her thoughts and feelings on various topics. Kristen is very private and does not open up easily; I value the trust she has placed in me by doing so. While I realize that Kristen is not perfect, I also feel strongly that what she may have done or not done had more to do with being in over her head and not at all to do with being malicious and dishonest. There are plenty of those people in this world, but Kristen is not one of them. She craves a very simple life. She would be very happy living her life out in a very small home, raising her children and pursuing her hobbies. Some of which are cooking/baking, quilting and reading. Kristen is a hard worker and tries very hard to support her husband. She has no grand career plans and never has. She has always worked out of a necessity and to try and give her husband time to become employed to the point of stability. To that end, she is also very generous in trying to help those around her succeed. Even lending money if need be with no thought of repayment of said money. She has a very good relationship with her family. Due to some instability within her own home growing up, she was forced to grow up rather quickly in order to take on more responsibility for herself and sisters. She is the oldest child and more serious and supportive in nature than some of her siblings. She is very kind- an attribute that is often overlooked and unlike many of us, is more apt to think the best of people and give them benefit of the doubt. Always choosing to believe people are better than they are often given credit for. She is very forgiving as well and does not hold grudges and is always more comfortable forgiving those that have hurt her and moving on. She is involved in her church and teaches the little children. She has a very tender heart and the children respond to this. She is pregnant with her first child and very excited and nervous to be blessed with such a responsibility   But again, like most things in her life she has approached it by becoming as educated and prepared as she can on the various topics that parenthood may present.

I'm sure you may hear it a lot, but Kristen really is a kind, loving person, who puts up with a lot and may have made some mistakes. I'm pretty sure there isn't one among us who hasn't made mistakes. I ask you to please take her strong character into consideration, the fact that she really is a good person, the position she was put in and the fact that she is to become a mother herself in a matter of weeks.

Thank you for your time.

Sincerely,

Alyssa L. Hertzler