UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 12-CR-163 (BAH) |
| ) | |
| KRISTEN M. JASPER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ERRATUM

Defendant Kristen M. Jasper, through counsel, respectfully submits this Erratum to her sentencing memo. In the sentencing memo, counsel mistakenly listed Ms. Jasper's daughter's birth date as November 21, 2012. Cora Jasper was actually born on December 2, 2012.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500