

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

**Federal Investigative Services**

January 24, 2011

MEMORAMDUM FOR: KRISTEN M. JASPER
Investigator – Special Agent
Federal Investigative Services

FROM: JACKLIN E. DUSTIN
Supervisory Investigator
Federal Investigative Services

SUBJECT: Completion of Opportunity Period

On August 9, 2010, I notified you that you were being placed on a Performance Improvement Plan (PIP) and given an opportunity period for 90 days in order for you to demonstrate improved work performance to at least the Minimally Successful (MS) level of performance in the critical element - Timeliness. Your opportunity period was extended until December 31, 2010.

After reviewing your work, I have determined that your efforts while performing under the PIP have resulted in improved performance to the MS level in the critical element of Timeliness. Specifically, you met 86% of your assigned completion dates (ACD) during this time frame (98 ACDs met, 16 ACDs not met).

Please note that you must continue to perform at least at an MS level of performance in the critical element of Timeliness for at least one year from August 9, 2010, the date your opportunity period began. If your performance declines to an Unacceptable level in Timeliness at any time before August 9, 2011, you may be subject to demotion, reassignment, or removal from Federal service without an additional opportunity period to demonstrate acceptable performance.

I am pleased that your performance has improved. I encourage you to continue focusing on meeting your ACDs and improving your performance.

Please sign a copy of this memorandum, which serves only to acknowledge your receipt of this memorandum.

_____          _1/25/11_____
SIGNATURE                                                          DATE