

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

Federal Investigative
Services

January 31, 2011

MEMORANDUM FOR: KRISTEN M. JASPER
Investigator
Federal Investigative Services

FROM: JACKLIN E. DUSTIN
Supervisory Investigator
Federal Investigative Services

SUBJECT: Denial of Within-grade Increase

You had completed the waiting period for your within-grade increase (WIGI) to a GS-11, step 01, on January 15, 2011. The purpose of this memorandum is to notify you that your WIGI has been denied based on your performance.

In order to be granted a WIGI, your current performance must be at an acceptable level of competence that equates to a summary rating of at least Fully Successful (FS). Your most recent performance rating, for the 2010 rating cycle from October 1, 2009 to September 30, 2010, was Unacceptable. Specifically, your performance was Unacceptable in the Critical Element of Timeliness and Minimally Successful in the Critical Elements of Quality, Productivity, and Investigative Competencies.

You may obtain a reconsideration of this denial by submitting a written request within 15 calendar days of your receipt of this letter to Charles Dininger, Chief of Field Operations, Federal Investigative Services. Your request must explain why the Agency should reconsider the determination. You and/or your representative, if also an OPM employee, will be allowed a reasonable amount of official time, if you are in active duty status, to seek advice and assistance, to review the supporting material, and to prepare your request for reconsideration. Contact me to use this official time. You may not choose an OPM employee as your representative whose representation will result in a conflict of interest or whose priority work assignments preclude his or her release from official duties. You may also seek guidance from the Boyers HR Services by calling Shannon Hilbert, HR Specialist, at (724) 794-5612, extension 7705.

I am required to make a new determination of your WIGI within 52 calendar weeks from the date of this determination. During this time, I will closely observe and evaluate your performance. If your performance improves and I determine you have demonstrated sustained performance that equates to a FS level, I will complete a new appraisal and grant your WIGI.

Please sign and date below, which serves only to acknowledge the date on which you received this notice,

_____    _1/31/11_____
SIGNATURE                                                         DATE