## Falsification Recovery Procedures for Federal and Contract Investigators

**Background**

If the investigator admits to falsifying investigative work or the investigation reveals falsification, IA will initiate recovery procedures. These procedures will be used to determine the extent of falsification and to identify and re-conduct affected investigative work. *It should be noted that although this section documents the basic falsification process from start to finish, exceptional circumstances may develop on a case-by-case basis that necessitate work that falls outside the parameters outlined below.*

**Recovery Procedures**

IA/Ft. Meade will contact the field and obtain specific point(s) of contact (POCs) who will be responsible for recovery work (i.e., determining whether the investigative leads reported by the investigator suspected of falsification are valid, falsified, or the validity cannot be determined). Time spent working on inquiries will be documented on the OPM Employee Labor Report using the appropriate accounting code. Note: Each recovery has a unique code associated with the investigator suspected of falsification. It is critical that the time the agency spends to correct investigative work is accurately captured.

   **Time Parameters.** As standard procedure, investigative work that the investigator completed six months prior to admission of falsification (either through an inquiry or admission of falsification) will be identified and sent to the field for validation. **There will be instances where this standard procedure will not be applicable.** For example, the investigator may indicate falsification for a period of one year during his/her admission statement. In these situations, senior management will determine the appropriate time parameters and recovery actions on a case-by-case basis.

**IA Recovery Procedures**

1. If falsification is found during the initial investigation of an incident, IA will identify and print reports completed by the suspect investigator for the timeframe specified for the recovery. IA will ensure that the validation spreadsheet includes all investigative leads conducted during this time period. Once assigned to a Case Analyst, the Analyst may add sources to the spreadsheet and/or exclude sources from field validation when appropriate after further review of case reports and/or PIPS data.

2. Case Analysts will review the validation spreadsheet, original reports, and PIPS data. They will also request recovery agents and prepare/forward case packets to each recovery agent assigned to the specific recovery. The packets will include a hard copy of the validation spreadsheet, copies of the suspect investigator's reports with sources that have not been previously validated, case papers, releases, PIPS CAT, and other necessary documents specific to the testimonies to be validated. The validation spreadsheet will be provided to the designated recovery agents via email. When the recovery agent believes a photograph of the suspect investigator is necessary for use during inquiries, they will contact their respective Point of

16