| Labor Code | Pp Worked | Cost Org | Last Name | Hours Worked Total | Hours at Regular Pay | Hours at Overtime Pay | Leave Hours | Total Cost | Regular Cost | Benefit Cost SUM | Overtime Cost SUM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E53IANAE98 | 18-Jun-11 | 11AN | BERKE | 27 | 27 | 0 | 0 | $1,331.26 | $1,172.63 | $158.64 | $0.00 |
| E53IANAE98 | 18-Jun-11 | 11AN | NORRIS | 21 | 21 | 0 | 0 | $598.84 | $438.90 | $159.94 | $0.00 |
| E53IANAE98 | 02-Jul-11 | 11AN | BERKE | 39 | 39 | 0 | 0 | $1,959.22 | $1,725.75 | $233.47 | $0.00 |
| E53IANAE98 | 02-Jul-11 | 11AN | PAINE | 3 | 3 | 0 | 0 | $145.55 | $128.58 | $16.97 | $0.00 |
| E53IANAE98 | 02-Jul-11 | 11AN | SHEMONSKY | 19 | 18 | 1 | 0 | $1,012.28 | $744.62 | $225.78 | $41.89 |
| E53IANAE98 | 16-Jul-11 | 11AN | BARRETT | 50 | 48 | 2 | 0 | $2,853.93 | $2,190.86 | $541.36 | $121.71 |
| E53IANAE98 | 16-Jul-11 | 11AN | BERKE | 20 | 20 | 0 | 0 | $1,004.73 | $885.00 | $119.73 | $0.00 |
| E53IANAE98 | 16-Jul-11 | 11AN | FINNEGAN | 54 | 43 | 11 | 0 | $3,567.79 | $2,168.21 | $586.45 | $813.13 |
| E53IANAE98 | 16-Jul-11 | 11AN | PADGET | 34 | 33 | 1 | 0 | $1,891.62 | $1,403.47 | $420.24 | $67.92 |
| E53IANAE98 | 16-Jul-11 | 11AN | PAINE | 41 | 37 | 4 | 0 | $2,135.37 | $1,679.39 | $215.61 | $240.37 |
| E53IANAE98 | 16-Jul-11 | 11AN | PRUITT | 40 | 31 | 9 | 0 | $2,181.36 | $1,219.36 | $424.00 | $538.01 |
| E53IANAE98 | 16-Jul-11 | 11AN | SADLER | 6 | 6 | 0 | 0 | $267.53 | $199.49 | $68.04 | $0.00 |
| E53IANAE98 | 16-Jul-11 | 11AN | SHEMONSKY | 62 | 58 | 4 | 0 | $3,326.47 | $2,345.86 | $718.01 | $262.60 |
| E53IANAE98 | 16-Jul-11 | 11AN | SMITH | 2 | 2 | 0 | 0 | $71.74 | $57.69 | $14.05 | $0.00 |
| E53IANAE98 | 30-Jul-11 | 11AN | ALLEN | 10 | 10 | 0 | 0 | $508.36 | $372.20 | $136.16 | $0.00 |
| E53IANAE98 | 30-Jul-11 | 11AN | BARRETT | 68 | 68 | 0 | 0 | $3,844.58 | $3,089.92 | $754.66 | $0.00 |
| E53IANAE98 | 30-Jul-11 | 11AN | BERKE | 43 | 43 | 0 | 0 | $2,162.17 | $1,904.52 | $257.65 | $0.00 |
| E53IANAE98 | 30-Jul-11 | 11AN | FINNEGAN | 100 | 80 | 20 | 0 | $6,618.53 | $4,015.20 | $1,097.53 | $1,505.80 |
| E53IANAE98 | 30-Jul-11 | 11AN | MILLER | 3 | 3 | 0 | 0 | $176.94 | $142.06 | $34.88 | $0.00 |
| E53IANAE98 | 30-Jul-11 | 11AN | PADGET | 73 | 69 | 4 | 0 | $4,084.56 | $2,940.09 | $888.80 | $255.68 |
| E53IANAE98 | 30-Jul-11 | 11AN | PAINE | 66 | 56 | 10 | 0 | $3,366.43 | $2,400.16 | $323.37 | $642.90 |
| E53IANAE98 | 30-Jul-11 | 11AN | PRUITT | 80 | 58 | 22 | 0 | $4,417.51 | $2,295.28 | $831.04 | $1,291.20 |
| E53IANAE98 | 30-Jul-11 | 11AN | SHEMONSKY | 46 | 41 | 5 | 0 | $2,482.14 | $1,680.16 | $516.67 | $285.31 |
| E53IANAE98 | 30-Jul-11 | 11AN | BERKE | 0 | 0 | 0 | 0 | $23.11 | $20.35 | $2.75 | $0.00 |
| E53IANAE98 | 13-Aug-11 | 11AN | BARRETT | 44 | 36 | 8 | 0 | $2,599.41 | $1,635.84 | $418.29 | $545.28 |
| E53IANAE98 | 13-Aug-11 | 11AN | BERKE | 38 | 38 | 0 | 0 | $1,901.95 | $1,675.31 | $226.64 | $0.00 |
| E53IANAE98 | 13-Aug-11 | 11AN | FINNEGAN | 46 | 38 | 8 | 0 | $3,017.48 | $1,894.35 | $501.50 | $621.62 |
| E53IANAE98 | 13-Aug-11 | 11AN | KUHNS | 1 | 1 | 0 | 0 | $39.27 | $29.93 | $9.34 | $0.00 |
| E53IANAE98 | 13-Aug-11 | 11AN | PADGET | 88 | 80 | 8 | 0 | $4,970.20 | $3,408.80 | $1,050.04 | $511.36 |
| E53IANAE98 | 13-Aug-11 | 11AN | PAINE | 109 | 80 | 29 | 0 | $5,772.88 | $3,428.80 | $479.67 | $1,864.41 |
| E53IANAE98 | 13-Aug-11 | 11AN | SHEMONSKY | 27 | 26 | 1 | 0 | $1,468.29 | $1,065.62 | $323.87 | $78.80 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| E53IANAE98 | 13-Aug-11 | 11AN | YOPP | 5 | 5 | 0 | 0 | $327.77 | $278.60 | $49.17 | $0.00 |
| E53IANAE98 | 13-Aug-11 | 11AN | PRUITT | 10 | 10 | 0 | 0 | $520.36 | $394.50 | $125.86 | $0.00 |
| E53IANAE98 | 27-Aug-11 | 11AN | BARRETT | 86 | 80 | 6 | 0 | $4,963.27 | $3,635.20 | $919.11 | $408.96 |
| E53IANAE98 | 27-Aug-11 | 11AN | BERKE | 46 | 46 | 0 | 0 | $2,310.87 | $2,035.50 | $275.37 | $0.00 |
| E53IANAE98 | 27-Aug-11 | 11AN | CAMPOS | 1 | 1 | 0 | 0 | $48.69 | $37.37 | $11.32 | $0.00 |
| E53IANAE98 | 27-Aug-11 | 11AN | FINNEGAN | 67 | 62 | 5 | 0 | $4,285.59 | $3,092.17 | $787.56 | $405.87 |
| E53IANAE98 | 27-Aug-11 | 11AN | MILLER | 2 | 2 | 0 | 0 | $123.32 | $99.02 | $24.31 | $0.00 |
| E53IANAE98 | 27-Aug-11 | 11AN | PADGET | 82 | 80 | 2 | 0 | $4,557.34 | $3,408.80 | $1,020.70 | $127.84 |
| E53IANAE98 | 27-Aug-11 | 11AN | PAINE | 46 | 40 | 6 | 0 | $2,296.89 | $1,714.40 | $228.89 | $353.60 |
| E53IANAE98 | 10-Sep-11 | 11AN | BARRETT | 67 | 67 | 0 | 0 | $3,788.03 | $3,044.48 | $743.55 | $0.00 |
| E53IANAE98 | 10-Sep-11 | 11AN | BERKE | 23 | 23 | 0 | 0 | $1,130.32 | $995.63 | $134.69 | $0.00 |
| E53IANAE98 | 10-Sep-11 | 11AN | PADGET | 78 | 72 | 6 | 0 | $4,387.68 | $3,067.92 | $936.24 | $383.52 |
| E53IANAE98 | 10-Sep-11 | 11AN | PAINE | 54 | 54 | 0 | 0 | $2,619.97 | $2,314.44 | $305.53 | $0.00 |
| E53IANAE98 | 10-Sep-11 | 11AN | SHEMONSKY | 3 | 3 | 0 | 0 | $161.73 | $111.17 | $34.35 | $16.21 |
| E53IANAE98 | 10-Sep-11 | 11AN | YOPP | 4 | 4 | 0 | 0 | $262.21 | $222.88 | $39.33 | $0.00 |
| E53IANAE98 | 24-Sep-11 | 11AN | ALLEN | 4 | 4 | 0 | 0 | $177.93 | $130.27 | $47.66 | $0.00 |
| E53IANAE98 | 24-Sep-11 | 11AN | BERKE | 43 | 43 | 0 | 0 | $2,185.28 | $1,924.87 | $260.41 | $0.00 |
| E53IANAE98 | 24-Sep-11 | 11AN | FINNEGAN | 8 | 8 | 0 | 0 | $507.40 | $380.10 | $95.17 | $32.12 |
| E53IANAE98 | 24-Sep-11 | 11AN | PADGET | 80 | 80 | 0 | 0 | $4,419.73 | $3,408.80 | $1,010.93 | $0.00 |
| E53IANAE98 | 24-Sep-11 | 11AN | PAINE | 16 | 16 | 0 | 0 | $752.03 | $664.33 | $87.70 | $0.00 |
| E53IANAE98 | 08-Oct-11 | 11AN | BERKE | 15 | 15 | 0 | 0 | $766.10 | $674.81 | $91.29 | $0.00 |
| E53IANAE98 | 08-Oct-11 | 11AN | PADGET | 40 | 40 | 0 | 0 | $2,209.86 | $1,704.40 | $505.46 | $0.00 |
| E53IANAE98 | 08-Oct-11 | 11AN | PAINE | 5 | 5 | 0 | 0 | $218.33 | $192.87 | $25.46 | $0.00 |
| E53IANAE98 | 08-Oct-11 | 11AN | WOOTEN | 2 | 2 | 0 | 0 | $107.92 | $83.52 | $24.40 | $0.00 |
| E53IANAE98 | 08-Oct-11 | 11AN | BERKE | 15 | 15 | 0 | 0 | $766.10 | $674.81 | $91.29 | $0.00 |
| E53IANAE98 | 08-Oct-11 | 11AN | PADGET | 40 | 40 | 0 | 0 | $2,209.86 | $1,704.40 | $505.46 | $0.00 |
| E53IANAE98 | 08-Oct-11 | 11AN | PAINE | 5 | 5 | 0 | 0 | $218.33 | $192.87 | $25.46 | $0.00 |
| E53IANAE98 | 08-Oct-11 | 11AN | WOOTEN | 2 | 2 | 0 | 0 | $107.92 | $83.52 | $24.40 | $0.00 |
| E53IANAE98 | 22-Oct-11 | 11AN | BARRETT | 4 | 4 | 0 | 0 | $226.52 | $181.76 | $44.75 | $0.00 |
| E53IANAE98 | 22-Oct-11 | 11AN | BERKE | 13 | 13 | 0 | 0 | $653.07 | $575.25 | $77.82 | $0.00 |
| E53IANAE98 | 22-Oct-11 | 11AN | PADGET | 15 | 15 | 0 | 0 | $868.82 | $679.63 | $189.19 | $0.00 |
| | | | **TOTALS:** | **2138** | **1966** | **172** | **0** | **$117,980.77** | **$86,066.66** | **$20,498.00** | **$11,416.10** |