| Last Name | First Name | Pp Worked | Cost Org | Org | Labor Code | Hours Worked | Tc Hours at Regular | Hours at O | Leave Hour | Total Cost | Regular Cost | Benefit Cost | S Overtime | C Leave Regu | Leave Benefit Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JASPER | KRISTEN M | 6/5/2010 | 11RO | 11RO | E53IROAKAX_ | 2 | 2 | 0 | 0 | 79.85 | 59.86 | 19.99 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/5/2010 | 11RO | 11RO | E53IROAKBX_ | 10 | 10 | 0 | 0 | 399.25 | 299.30 | 99.95 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/5/2010 | 11RO | 11RO | E53IROAKCX_ | 4 | 4 | 0 | 0 | 149.72 | 112.24 | 37.48 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/5/2010 | 11RO | 11RO | E53IROAKDX_ | 2 | 2 | 0 | 0 | 89.83 | 67.34 | 22.49 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/5/2010 | 11RO | 11RO | E53JROAKAX_ | 6 | 6 | 0 | 0 | 239.55 | 179.58 | 59.97 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/5/2010 | 11RO | 11RO | E53JROAKBX_ | 30 | 30 | 0 | 0 | 1,197.75 | 897.90 | 299.85 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/5/2010 | 11RO | 11RO | E53JROAKCX_ | 11 | 11 | 0 | 0 | 449.16 | 336.71 | 112.44 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/5/2010 | 11RO | 11RO | E53JROAKDX_ | 7 | 7 | 0 | 0 | 269.49 | 202.03 | 67.47 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/19/2010 | 11RO | 11RO | E53JROYTRN_ | 0 | 0 | 0 | 0 | 14.97 | 11.22 | 3.75 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/19/2010 | 11RO | 11RO | E53JROAKDX_ | 10 | 10 | 0 | 0 | 404.24 | 303.04 | 101.20 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/19/2010 | 11RO | 11RO | E53JROAKCX_ | 12 | 12 | 0 | 0 | 464.13 | 347.94 | 116.19 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/19/2010 | 11RO | 11RO | E53JROAKBX_ | 32 | 32 | 0 | 0 | 1,257.63 | 942.80 | 314.84 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/19/2010 | 11RO | 11RO | E53JROAKAX_ | 6 | 6 | 0 | 0 | 254.52 | 190.80 | 63.72 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/19/2010 | 11RO | 11RO | E53IROYTRN_ | 0 | 0 | 0 | 0 | 4.99 | 3.74 | 1.25 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/19/2010 | 11RO | 11RO | E53IROAKDX_ | 3 | 3 | 0 | 0 | 134.75 | 101.01 | 33.73 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/19/2010 | 11RO | 11RO | E53IROAKCX_ | 4 | 4 | 0 | 0 | 154.71 | 115.98 | 38.73 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/19/2010 | 11RO | 11RO | E53IROAKBX_ | 10 | 10 | 0 | 0 | 419.21 | 314.27 | 104.95 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/19/2010 | 11RO | 11RO | E53IROAKAX_ | 2 | 2 | 0 | 0 | 84.84 | 63.60 | 21.24 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/3/2010 | 11RO | 11RO | E53JROAKDX_ | 20 | 20 | 0 | 0 | 778.54 | 583.64 | 194.90 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/3/2010 | 11RO | 11RO | E53JROAKCX_ | 7 | 7 | 0 | 0 | 269.49 | 202.03 | 67.47 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/3/2010 | 11RO | 11RO | E53JROAKBX_ | 26 | 26 | 0 | 0 | 1,048.03 | 785.66 | 262.37 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/3/2010 | 11RO | 11RO | E53JROAKAX_ | 4 | 4 | 0 | 0 | 179.66 | 134.69 | 44.98 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/3/2010 | 11RO | 11RO | E53IROAKDX_ | 6 | 6 | 0 | 0 | 259.51 | 194.55 | 64.97 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/3/2010 | 11RO | 11RO | E53IROAKCX_ | 2 | 2 | 0 | 0 | 89.83 | 67.34 | 22.49 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/3/2010 | 11RO | 11RO | E53IROAKBX_ | 9 | 9 | 0 | 0 | 349.34 | 261.89 | 87.46 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/3/2010 | 11RO | 11RO | E53IROAKAX_ | 2 | 2 | 0 | 0 | 59.89 | 44.90 | 14.99 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/17/2010 | 11RO | 11RO | E53JROYTRN_ | 3 | 3 | 0 | 0 | 119.77 | 89.79 | 29.99 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/17/2010 | 11RO | 11RO | E53JROAKDX_ | 14 | 14 | 0 | 0 | 538.99 | 404.06 | 134.93 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/17/2010 | 11RO | 11RO | E53JROAKCX_ | 10 | 10 | 0 | 0 | 389.27 | 291.82 | 97.45 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/17/2010 | 11RO | 11RO | E53JROAKBX_ | 21 | 21 | 0 | 0 | 823.46 | 617.31 | 206.15 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/17/2010 | 11RO | 11RO | E53JROAKAX_ | 7 | 7 | 0 | 0 | 284.47 | 213.25 | 71.22 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/17/2010 | 11RO | 11RO | E53IROYTRN_ | 1 | 1 | 0 | 0 | 39.92 | 29.93 | 10.00 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/17/2010 | 11RO | 11RO | E53IROAKDX_ | 4 | 4 | 0 | 0 | 179.66 | 134.69 | 44.98 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/17/2010 | 11RO | 11RO | E53IROAKCX_ | 3 | 3 | 0 | 0 | 129.76 | 97.27 | 32.48 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/17/2010 | 11RO | 11RO | E53IROAKBX_ | 7 | 7 | 0 | 0 | 274.49 | 205.77 | 68.72 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/17/2010 | 11RO | 11RO | E53IROAKAX_ | 2 | 2 | 0 | 0 | 94.82 | 71.08 | 23.74 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/31/2010 | 11RO | 11RO | E53IROAKAX_ | 2 | 2 | 0 | 0 | 99.81 | 74.83 | 24.99 | 0.00 | 0.00 | 0.00 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JASPER | KRISTEN M | 7/31/2010 | 11RO | 11RO | E53IROAKBX_ | 10 | 10 | 0 | 0 | 389.27 | 291.82 | 97.45 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/31/2010 | 11RO | 11RO | E53IROAKCX_ | 3 | 3 | 0 | 0 | 129.76 | 97.27 | 32.48 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/31/2010 | 11RO | 11RO | E53IROAKDX_ | 4 | 4 | 0 | 0 | 159.70 | 119.72 | 39.98 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/31/2010 | 11RO | 11RO | E53IROYTRN_ | 0 | 0 | 0 | 0 | 19.96 | 14.97 | 5.00 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/31/2010 | 11RO | 11RO | E53JROAKAX_ | 8 | 8 | 0 | 0 | 299.44 | 224.48 | 74.96 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/31/2010 | 11RO | 11RO | E53JROAKBX_ | 29 | 29 | 0 | 0 | 1,167.81 | 875.45 | 292.35 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/31/2010 | 11RO | 11RO | E53JROAKCX_ | 10 | 10 | 0 | 0 | 389.27 | 291.82 | 97.45 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/31/2010 | 11RO | 11RO | E53JROAKDX_ | 12 | 12 | 0 | 0 | 479.10 | 359.16 | 119.94 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 7/31/2010 | 11RO | 11RO | E53JROYTRN_ | 2 | 2 | 0 | 0 | 59.89 | 44.90 | 14.99 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/14/2010 | 11RO | 11RO | E53JROYTRN_ | 2 | 2 | 0 | 0 | 74.86 | 56.12 | 18.74 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/14/2010 | 11RO | 11RO | E53JROAKDX_ | 15 | 15 | 0 | 0 | 583.90 | 437.73 | 146.18 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/14/2010 | 11RO | 11RO | E53JROAKCX_ | 10 | 10 | 0 | 0 | 389.27 | 291.82 | 97.45 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/14/2010 | 11RO | 11RO | E53JROAKBX_ | 26 | 26 | 0 | 0 | 1,018.09 | 763.22 | 254.87 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/14/2010 | 11RO | 11RO | E53JROAKAX_ | 2 | 2 | 0 | 0 | 89.83 | 67.34 | 22.49 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/14/2010 | 11RO | 11RO | E53IROYTRN_ | 1 | 1 | 0 | 0 | 24.95 | 18.71 | 6.25 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/14/2010 | 11RO | 11RO | E53IROAKDX_ | 5 | 5 | 0 | 0 | 194.63 | 145.91 | 48.73 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/14/2010 | 11RO | 11RO | E53IROAKCX_ | 3 | 3 | 0 | 0 | 129.76 | 97.27 | 32.48 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/14/2010 | 11RO | 11RO | E53IROAKBX_ | 9 | 9 | 0 | 0 | 339.36 | 254.41 | 84.96 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/14/2010 | 11RO | 11RO | E53IROAKAX_ | 1 | 1 | 0 | 0 | 29.94 | 22.45 | 7.50 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/28/2010 | 11RO | 11RO | E53JROYPAD_ | 1 | 1 | 0 | 0 | 29.94 | 22.45 | 7.50 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/28/2010 | 11RO | 11RO | E53JROAKDX_ | 8 | 8 | 0 | 0 | 299.44 | 224.48 | 74.96 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/28/2010 | 11RO | 11RO | E53JROAKCX_ | 14 | 14 | 0 | 0 | 538.99 | 404.06 | 134.93 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/28/2010 | 11RO | 11RO | E53JROAKBX_ | 30 | 30 | 0 | 0 | 1,197.75 | 897.90 | 299.85 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/28/2010 | 11RO | 11RO | E53JROAKAX_ | 8 | 8 | 0 | 0 | 329.38 | 246.92 | 82.46 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/28/2010 | 11RO | 11RO | E53IROYPAD_ | 0 | 0 | 0 | 0 | 9.98 | 7.48 | 2.50 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/28/2010 | 11RO | 11RO | E53IROAKDX_ | 2 | 2 | 0 | 0 | 99.81 | 74.83 | 24.99 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/28/2010 | 11RO | 11RO | E53IROAKCX_ | 4 | 4 | 0 | 0 | 179.66 | 134.69 | 44.98 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/28/2010 | 11RO | 11RO | E53IROAKBX_ | 10 | 10 | 0 | 0 | 399.25 | 299.30 | 99.95 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 8/28/2010 | 11RO | 11RO | E53IROAKAX_ | 3 | 3 | 0 | 0 | 109.79 | 82.31 | 27.49 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/11/2010 | 11RO | 11RO | E53JROYPAD_ | 2 | 2 | 0 | 0 | 89.83 | 67.34 | 22.49 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/11/2010 | 11RO | 11RO | E53JROAKDX_ | 11 | 11 | 0 | 0 | 419.22 | 314.27 | 104.95 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/11/2010 | 11RO | 11RO | E53JROAKCX_ | 13 | 13 | 0 | 0 | 509.05 | 381.61 | 127.44 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/11/2010 | 11RO | 11RO | E53JROAKBX_ | 26 | 26 | 0 | 0 | 1,033.06 | 774.44 | 258.62 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/11/2010 | 11RO | 11RO | E53JROAKAX_ | 3 | 3 | 0 | 0 | 104.80 | 78.57 | 26.24 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/11/2010 | 11RO | 11RO | E53IROYPAD_ | 1 | 1 | 0 | 0 | 29.94 | 22.45 | 7.50 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/11/2010 | 11RO | 11RO | E53IROAKDX_ | 4 | 4 | 0 | 0 | 139.74 | 104.76 | 34.98 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/11/2010 | 11RO | 11RO | E53IROAKCX_ | 4 | 4 | 0 | 0 | 169.68 | 127.20 | 42.48 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/11/2010 | 11RO | 11RO | E53IROAKBX_ | 9 | 9 | 0 | 0 | 344.35 | 258.15 | 86.21 | 0.00 | 0.00 | 0.00 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JASPER | KRISTEN M | 9/11/2010 | 11RO | 11RO | E53IROAKAX_ | 1 | 1 | 0 | 0 | 34.93 | 26.19 | 8.75 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/25/2010 | 11RO | 11RO | E53JROYTRN_ | 6 | 6 | 0 | 0 | 239.55 | 179.58 | 59.97 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/25/2010 | 11RO | 11RO | E53JROAKDX_ | 13 | 13 | 0 | 0 | 509.04 | 381.61 | 127.44 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/25/2010 | 11RO | 11RO | E53JROAKCX_ | 9 | 9 | 0 | 0 | 359.33 | 269.37 | 89.96 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/25/2010 | 11RO | 11RO | E53JROAKBX_ | 24 | 24 | 0 | 0 | 973.17 | 729.54 | 243.63 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/25/2010 | 11RO | 11RO | E53JROAKAX_ | 8 | 8 | 0 | 0 | 314.41 | 235.70 | 78.71 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/25/2010 | 11RO | 11RO | E53IROYTRN_ | 2 | 2 | 0 | 0 | 79.85 | 59.86 | 19.99 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/25/2010 | 11RO | 11RO | E53IROAKDX_ | 4 | 4 | 0 | 0 | 169.68 | 127.20 | 42.48 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/25/2010 | 11RO | 11RO | E53IROAKCX_ | 3 | 3 | 0 | 0 | 119.78 | 89.79 | 29.99 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/25/2010 | 11RO | 11RO | E53IROAKBX_ | 8 | 8 | 0 | 0 | 324.39 | 243.18 | 81.21 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 9/25/2010 | 11RO | 11RO | E53IROAKAX_ | 3 | 3 | 0 | 0 | 104.80 | 78.57 | 26.24 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/9/2010 | 11RO | 11RO | E53JROYTRN_ | 0.90001 | 0.90001 | 0 | 0 | 35.93 | 26.94 | 9.00 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/9/2010 | 11RO | 11RO | E53JROYPAD_ | 0.90001 | 0.90001 | 0 | 0 | 35.93 | 26.94 | 9.00 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/9/2010 | 11RO | 11RO | E53JROAKDX_ | 15.97501 | 15.97501 | 0 | 0 | 637.80 | 478.13 | 159.67 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/9/2010 | 11RO | 11RO | E53JROAKCX_ | 5.84999 | 5.84999 | 0 | 0 | 233.56 | 175.09 | 58.47 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/9/2010 | 11RO | 11RO | E53JROAKBX_ | 9.22498 | 9.22498 | 0 | 0 | 368.31 | 276.10 | 92.20 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/9/2010 | 11RO | 11RO | E53JROAKAX_ | 2.25 | 2.25 | 0 | 0 | 89.83 | 67.34 | 22.49 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/9/2010 | 11RO | 11RO | E53IROYTRN_ | 0.30001 | 0.30001 | 0 | 0 | 11.98 | 8.98 | 3.00 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/9/2010 | 11RO | 11RO | E53IROYPAD_ | 0.30001 | 0.30001 | 0 | 0 | 11.98 | 8.98 | 3.00 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/9/2010 | 11RO | 11RO | E53IROAKDX_ | 5.32501 | 5.32501 | 0 | 0 | 212.60 | 159.38 | 53.22 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/9/2010 | 11RO | 11RO | E53IROAKCX_ | 1.94999 | 1.94999 | 0 | 0 | 77.85 | 58.36 | 19.49 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/9/2010 | 11RO | 11RO | E53IROAKBX_ | 3.07499 | 3.07499 | 0 | 0 | 122.77 | 92.03 | 30.73 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/9/2010 | 11RO | 11RO | E53IROAKAX_ | 0.75 | 0.75 | 0 | 0 | 29.94 | 22.45 | 7.50 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/23/2010 | 11RO | 11RO | E53JROYTRN_ | 0.74999 | 0.74999 | 0 | 0 | 30.06 | 22.45 | 7.61 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/23/2010 | 11RO | 11RO | E53JROAKDX_ | 13.5 | 13.5 | 0 | 0 | 541.01 | 404.06 | 136.95 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/23/2010 | 11RO | 11RO | E53JROAKCX_ | 5.25002 | 5.25002 | 0 | 0 | 210.39 | 157.13 | 53.26 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/23/2010 | 11RO | 11RO | E53JROAKBX_ | 28.87502 | 28.87502 | 0 | 0 | 1,157.16 | 864.23 | 292.93 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/23/2010 | 11RO | 11RO | E53JROAKAX_ | 5.62498 | 5.62498 | 0 | 0 | 225.42 | 168.36 | 57.06 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/23/2010 | 11RO | 11RO | E53IROYTRN_ | 0.25 | 0.25 | 0 | 0 | 10.02 | 7.48 | 2.54 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/23/2010 | 11RO | 11RO | E53IROAKDX_ | 4.5 | 4.5 | 0 | 0 | 180.34 | 134.69 | 45.65 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/23/2010 | 11RO | 11RO | E53IROAKCX_ | 1.75001 | 1.75001 | 0 | 0 | 70.13 | 52.38 | 17.75 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/23/2010 | 11RO | 11RO | E53IROAKBX_ | 9.62501 | 9.62501 | 0 | 0 | 385.72 | 288.08 | 97.64 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 10/23/2010 | 11RO | 11RO | E53IROAKAX_ | 1.87499 | 1.87499 | 0 | 0 | 75.14 | 56.12 | 19.02 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 11/6/2010 | 11RO | 11RO | E53JROAKDX_ | 14.25 | 14.25 | 0 | 0 | 571.06 | 426.50 | 144.56 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 11/6/2010 | 11RO | 11RO | E53JROAKCX_ | 5.625 | 5.625 | 0 | 0 | 225.42 | 168.36 | 57.06 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 11/6/2010 | 11RO | 11RO | E53JROAKBX_ | 25.125 | 25.125 | 0 | 0 | 1,006.87 | 751.99 | 254.88 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 11/6/2010 | 11RO | 11RO | E53JROAKAX_ | 15 | 15 | 0 | 0 | 601.12 | 448.95 | 152.17 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 11/6/2010 | 11RO | 11RO | E53IROAKDX_ | 4.75 | 4.75 | 0 | 0 | 190.35 | 142.17 | 48.19 | 0.00 | 0.00 | 0.00 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JASPER | KRISTEN M | 11/6/2010 | 11RO | 11RO | E53IROAKCX_ | 1.875 | 1.875 | 0 | 0 | 75.14 | 56.12 | 19.02 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 11/6/2010 | 11RO | 11RO | E53IROAKBX_ | 8.375 | 8.375 | 0 | 0 | 335.62 | 250.66 | 84.96 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 11/6/2010 | 11RO | 11RO | E53IROAKAX_ | 5 | 5 | 0 | 0 | 200.37 | 149.65 | 50.72 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 11/20/2010 | 11RO | 11RO | E53JROYTRN_ | 0.74999 | 0.74999 | 0 | 0 | 30.06 | 22.45 | 7.61 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 11/20/2010 | 11RO | 11RO | E53JROYPAD_ | 2.24998 | 2.24998 | 0 | 0 | 90.17 | 67.34 | 22.83 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 11/20/2010 | 11RO | 11RO | E53JROAKDX_ | 18.75002 | 18.75002 | 0 | 0 | 751.40 | 561.19 | 190.21 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 11/20/2010 | 11RO | 11RO | E53JROAKCX_ | 7.49999 | 7.49999 | 0 | 0 | 300.56 | 224.47 | 76.08 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 11/20/2010 | 11RO | 11RO | E53JROAKBX_ | 24.75002 | 24.75002 | 0 | 0 | 991.85 | 740.77 | 251.08 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 11/20/2010 | 11RO | 11RO | E53IROYTRN_ | 0.25 | 0.25 | 0 | 0 | 10.02 | 7.48 | 2.54 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 11/20/2010 | 11RO | 11RO | E53IROYPAD_ | 0.74999 | 0.74999 | 0 | 0 | 30.06 | 22.45 | 7.61 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 11/20/2010 | 11RO | 11RO | E53IROAKDX_ | 6.25001 | 6.25001 | 0 | 0 | 250.47 | 187.06 | 63.40 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 11/20/2010 | 11RO | 11RO | E53IROAKCX_ | 2.5 | 2.5 | 0 | 0 | 100.19 | 74.83 | 25.36 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 11/20/2010 | 11RO | 11RO | E53IROAKBX_ | 8.25001 | 8.25001 | 0 | 0 | 330.62 | 246.92 | 83.69 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 12/4/2010 | 11RO | 11RO | E53JROAKDX_ | 9 | 9 | 0 | 0 | 360.67 | 269.37 | 91.30 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 12/4/2010 | 11RO | 11RO | E53JROAKCX_ | 5.99999 | 5.99999 | 0 | 0 | 240.45 | 179.58 | 60.87 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 12/4/2010 | 11RO | 11RO | E53JROAKBX_ | 11.25 | 11.25 | 0 | 0 | 450.84 | 336.71 | 114.13 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 12/4/2010 | 11RO | 11RO | E53JROAKAX_ | 9.75002 | 9.75002 | 0 | 0 | 390.73 | 291.82 | 98.91 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 12/4/2010 | 11RO | 11RO | E53IROAKDX_ | 3 | 3 | 0 | 0 | 120.22 | 89.79 | 30.43 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 12/4/2010 | 11RO | 11RO | E53IROAKCX_ | 2 | 2 | 0 | 0 | 80.15 | 59.86 | 20.29 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 12/4/2010 | 11RO | 11RO | E53IROAKBX_ | 3.75 | 3.75 | 0 | 0 | 150.28 | 112.24 | 38.04 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 12/4/2010 | 11RO | 11RO | E53IROAKAX_ | 3.25001 | 3.25001 | 0 | 0 | 130.24 | 97.27 | 32.97 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 12/18/2010 | 11RO | 11RO | E53JROYTRN_ | 0.74999 | 0.74999 | 0 | 0 | 30.06 | 22.45 | 7.61 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 12/18/2010 | 11RO | 11RO | E53JROAKDX_ | 9.74997 | 9.74997 | 0 | 0 | 390.73 | 291.82 | 98.91 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 12/18/2010 | 11RO | 11RO | E53JROAKCX_ | 8.24999 | 8.24999 | 0 | 0 | 330.62 | 246.92 | 83.69 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 12/18/2010 | 11RO | 11RO | E53JROAKBX_ | 24.75002 | 24.75002 | 0 | 0 | 991.85 | 740.77 | 251.08 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 12/18/2010 | 11RO | 11RO | E53JROAKAX_ | 10.50003 | 10.50003 | 0 | 0 | 420.79 | 314.27 | 106.52 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 12/18/2010 | 11RO | 11RO | E53IROYTRN_ | 0.25 | 0.25 | 0 | 0 | 10.02 | 7.48 | 2.54 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 12/18/2010 | 11RO | 11RO | E53IROAKDX_ | 3.24999 | 3.24999 | 0 | 0 | 130.24 | 97.27 | 32.97 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 12/18/2010 | 11RO | 11RO | E53IROAKCX_ | 2.75 | 2.75 | 0 | 0 | 110.21 | 82.31 | 27.90 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 12/18/2010 | 11RO | 11RO | E53IROAKBX_ | 8.25001 | 8.25001 | 0 | 0 | 330.62 | 246.92 | 83.69 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 12/18/2010 | 11RO | 11RO | E53IROAKAX_ | 3.50001 | 3.50001 | 0 | 0 | 140.26 | 104.76 | 35.51 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/1/2011 | 11RO | 11RO | E53JROAKDX_ | 19.87499 | 19.87499 | 0 | 0 | 796.48 | 594.86 | 201.62 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/1/2011 | 11RO | 11RO | E53JROAKCX_ | 6.00002 | 6.00002 | 0 | 0 | 240.45 | 179.58 | 60.87 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/1/2011 | 11RO | 11RO | E53JROAKBX_ | 16.875 | 16.875 | 0 | 0 | 676.26 | 505.07 | 171.19 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/1/2011 | 11RO | 11RO | E53JROAKAX_ | 2.25 | 2.25 | 0 | 0 | 90.17 | 67.34 | 22.83 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/1/2011 | 11RO | 11RO | E53IROAKDX_ | 6.625 | 6.625 | 0 | 0 | 265.49 | 198.29 | 67.21 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/1/2011 | 11RO | 11RO | E53IROAKCX_ | 2.00001 | 2.00001 | 0 | 0 | 80.15 | 59.86 | 20.29 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/1/2011 | 11RO | 11RO | E53IROAKBX_ | 5.625 | 5.625 | 0 | 0 | 225.42 | 168.36 | 57.06 | 0.00 | 0.00 | 0.00 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JASPER | KRISTEN M | 1/1/2011 | 11RO | 11RO | E53IROAKAX_ | 0.75 | 0.75 | 0 | 0 | 30.06 | 22.45 | 7.61 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/15/2011 | 11RO | 11RO | E53JROYTRN_ | 3.375 | 3.375 | 0 | 0 | 136.57 | 101.01 | 35.55 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/15/2011 | 11RO | 11RO | E53JROAKDX_ | 7.5 | 7.5 | 0 | 0 | 303.48 | 224.48 | 79.01 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/15/2011 | 11RO | 11RO | E53JROAKCX_ | 13.875 | 13.875 | 0 | 0 | 561.44 | 415.28 | 146.17 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/15/2011 | 11RO | 11RO | E53JROAKBX_ | 21 | 21 | 0 | 0 | 849.75 | 628.53 | 221.22 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/15/2011 | 11RO | 11RO | E53JROAKAX_ | 14.25 | 14.25 | 0 | 0 | 576.62 | 426.50 | 150.12 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/15/2011 | 11RO | 11RO | E53IROYTRN_ | 1.125 | 1.125 | 0 | 0 | 45.52 | 33.67 | 11.85 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/15/2011 | 11RO | 11RO | E53IROAKDX_ | 2.5 | 2.5 | 0 | 0 | 101.16 | 74.83 | 26.34 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/15/2011 | 11RO | 11RO | E53IROAKCX_ | 4.625 | 4.625 | 0 | 0 | 187.15 | 138.43 | 48.72 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/15/2011 | 11RO | 11RO | E53IROAKBX_ | 7 | 7 | 0 | 0 | 283.25 | 209.51 | 73.74 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/15/2011 | 11RO | 11RO | E53IROAKAX_ | 4.75 | 4.75 | 0 | 0 | 192.21 | 142.17 | 50.04 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/29/2011 | 11RO | 11RO | E53JROYTRN_ | 1.49999 | 1.49999 | 0 | 0 | 60.70 | 44.89 | 15.80 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/29/2011 | 11RO | 11RO | E53JROAKDX_ | 10.50003 | 10.50003 | 0 | 0 | 424.88 | 314.27 | 110.61 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/29/2011 | 11RO | 11RO | E53JROAKCX_ | 8.99998 | 8.99998 | 0 | 0 | 364.18 | 269.37 | 94.81 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/29/2011 | 11RO | 11RO | E53JROAKBX_ | 30.00004 | 30.00004 | 0 | 0 | 1,213.93 | 897.90 | 316.03 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/29/2011 | 11RO | 11RO | E53JROAKAX_ | 2.99997 | 2.99997 | 0 | 0 | 121.39 | 89.79 | 31.60 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/29/2011 | 11RO | 11RO | E53IROYTRN_ | 0.5 | 0.5 | 0 | 0 | 20.23 | 14.97 | 5.27 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/29/2011 | 11RO | 11RO | E53IROAKDX_ | 3.50001 | 3.50001 | 0 | 0 | 141.63 | 104.76 | 36.87 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/29/2011 | 11RO | 11RO | E53IROAKCX_ | 2.99999 | 2.99999 | 0 | 0 | 121.39 | 89.79 | 31.60 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/29/2011 | 11RO | 11RO | E53IROAKBX_ | 10.00001 | 10.00001 | 0 | 0 | 404.64 | 299.30 | 105.34 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 1/29/2011 | 11RO | 11RO | E53IROAKAX_ | 0.99999 | 0.99999 | 0 | 0 | 40.46 | 29.93 | 10.53 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 2/12/2011 | 11RO | 11RO | E53JROYTRN_ | 1.5 | 1.5 | 0 | 0 | 60.70 | 44.90 | 15.80 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 2/12/2011 | 11RO | 11RO | E53JROAKDX_ | 12 | 12 | 0 | 0 | 485.57 | 359.16 | 126.41 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 2/12/2011 | 11RO | 11RO | E53JROAKCX_ | 13.5 | 13.5 | 0 | 0 | 546.27 | 404.06 | 142.22 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 2/12/2011 | 11RO | 11RO | E53JROAKBX_ | 20.625 | 20.625 | 0 | 0 | 834.58 | 617.31 | 217.27 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 2/12/2011 | 11RO | 11RO | E53JROAKAX_ | 12.375 | 12.375 | 0 | 0 | 500.75 | 370.38 | 130.36 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 2/12/2011 | 11RO | 11RO | E53IROYTRN_ | 0.5 | 0.5 | 0 | 0 | 20.23 | 14.97 | 5.27 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 2/12/2011 | 11RO | 11RO | E53IROAKDX_ | 4 | 4 | 0 | 0 | 161.86 | 119.72 | 42.14 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 2/12/2011 | 11RO | 11RO | E53IROAKCX_ | 4.5 | 4.5 | 0 | 0 | 182.09 | 134.69 | 47.41 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 2/12/2011 | 11RO | 11RO | E53IROAKBX_ | 6.875 | 6.875 | 0 | 0 | 278.19 | 205.77 | 72.42 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 2/12/2011 | 11RO | 11RO | E53IROAKAX_ | 4.125 | 4.125 | 0 | 0 | 166.92 | 123.46 | 43.45 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 2/26/2011 | 11RO | 11RO | E53JROAKDX_ | 4.50002 | 4.50002 | 0 | 0 | 182.09 | 134.69 | 47.41 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 2/26/2011 | 11RO | 11RO | E53JROAKCX_ | 12.00002 | 12.00002 | 0 | 0 | 485.57 | 359.16 | 126.41 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 2/26/2011 | 11RO | 11RO | E53JROAKBX_ | 27.74999 | 27.74999 | 0 | 0 | 1,122.89 | 830.56 | 292.33 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 2/26/2011 | 11RO | 11RO | E53JROAKAX_ | 9.74997 | 9.74997 | 0 | 0 | 394.53 | 291.82 | 102.71 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 2/26/2011 | 11RO | 11RO | E53IROAKDX_ | 1.50001 | 1.50001 | 0 | 0 | 60.70 | 44.90 | 15.80 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 2/26/2011 | 11RO | 11RO | E53IROAKCX_ | 4.00001 | 4.00001 | 0 | 0 | 161.86 | 119.72 | 42.14 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 2/26/2011 | 11RO | 11RO | E53IROAKBX_ | 9.25 | 9.25 | 0 | 0 | 374.30 | 276.85 | 97.44 | 0.00 | 0.00 | 0.00 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JASPER | KRISTEN M | 2/26/2011 | 11RO | 11RO | E53IROAKAX_ | 3.24999 | 3.24999 | 0 | 0 | 131.51 | 97.27 | 34.24 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/12/2011 | 11RO | 11RO | E53IROAKAX_ | 3 | 3 | 0 | 0 | 121.39 | 89.79 | 31.60 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/12/2011 | 11RO | 11RO | E53IROAKBX_ | 7.75 | 7.75 | 0 | 0 | 313.60 | 231.96 | 81.64 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/12/2011 | 11RO | 11RO | E53IROAKCX_ | 3.25 | 3.25 | 0 | 0 | 131.51 | 97.27 | 34.24 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/12/2011 | 11RO | 11RO | E53IROAKDX_ | 5 | 5 | 0 | 0 | 202.32 | 149.65 | 52.67 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/12/2011 | 11RO | 11RO | E53IROYTRN_ | 1 | 1 | 0 | 0 | 40.46 | 29.93 | 10.53 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/12/2011 | 11RO | 11RO | E53JROAKAX_ | 9 | 9 | 0 | 0 | 364.18 | 269.37 | 94.81 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/12/2011 | 11RO | 11RO | E53JROAKBX_ | 23.25 | 23.25 | 0 | 0 | 940.80 | 695.87 | 244.93 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/12/2011 | 11RO | 11RO | E53JROAKCX_ | 9.75 | 9.75 | 0 | 0 | 394.53 | 291.82 | 102.71 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/12/2011 | 11RO | 11RO | E53JROAKDX_ | 15 | 15 | 0 | 0 | 606.97 | 448.95 | 158.02 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/12/2011 | 11RO | 11RO | E53JROYTRN_ | 3 | 3 | 0 | 0 | 121.39 | 89.79 | 31.60 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/26/2011 | 11RO | 11RO | E53JROYPAD_ | 0.375 | 0.375 | 0 | 0 | 15.17 | 11.22 | 3.95 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/26/2011 | 11RO | 11RO | E53JROAKDX_ | 29.25 | 29.25 | 0 | 0 | 1,183.58 | 875.45 | 308.13 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/26/2011 | 11RO | 11RO | E53JROAKCX_ | 9.75 | 9.75 | 0 | 0 | 394.53 | 291.82 | 102.71 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/26/2011 | 11RO | 11RO | E53JROAKBX_ | 18 | 18 | 0 | 0 | 728.36 | 538.74 | 189.62 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/26/2011 | 11RO | 11RO | E53JROAKAX_ | 2.625 | 2.625 | 0 | 0 | 106.22 | 78.57 | 27.65 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/26/2011 | 11RO | 11RO | E53IROYPAD_ | 0.125 | 0.125 | 0 | 0 | 5.06 | 3.74 | 1.32 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/26/2011 | 11RO | 11RO | E53IROAKDX_ | 9.75 | 9.75 | 0 | 0 | 394.53 | 291.82 | 102.71 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/26/2011 | 11RO | 11RO | E53IROAKCX_ | 3.25 | 3.25 | 0 | 0 | 131.51 | 97.27 | 34.24 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/26/2011 | 11RO | 11RO | E53IROAKBX_ | 6 | 6 | 0 | 0 | 242.79 | 179.58 | 63.21 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 3/26/2011 | 11RO | 11RO | E53IROAKAX_ | 0.875 | 0.875 | 0 | 0 | 35.41 | 26.19 | 9.22 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 4/9/2011 | 11RO | 11RO | E53JROYTRN_ | 2.25 | 2.25 | 0 | 0 | 91.05 | 67.34 | 23.70 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 4/9/2011 | 11RO | 11RO | E53JROAKDX_ | 15.75 | 15.75 | 0 | 0 | 637.32 | 471.40 | 165.92 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 4/9/2011 | 11RO | 11RO | E53JROAKCX_ | 9 | 9 | 0 | 0 | 364.18 | 269.37 | 94.81 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 4/9/2011 | 11RO | 11RO | E53JROAKBX_ | 20.25 | 20.25 | 0 | 0 | 819.41 | 606.08 | 213.32 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 4/9/2011 | 11RO | 11RO | E53JROAKAX_ | 12.75 | 12.75 | 0 | 0 | 515.92 | 381.61 | 134.31 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 4/9/2011 | 11RO | 11RO | E53IROYTRN_ | 0.75 | 0.75 | 0 | 0 | 30.35 | 22.45 | 7.90 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 4/9/2011 | 11RO | 11RO | E53IROAKDX_ | 5.25 | 5.25 | 0 | 0 | 212.44 | 157.13 | 55.31 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 4/9/2011 | 11RO | 11RO | E53IROAKCX_ | 3 | 3 | 0 | 0 | 121.39 | 89.79 | 31.60 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 4/9/2011 | 11RO | 11RO | E53IROAKBX_ | 6.75 | 6.75 | 0 | 0 | 273.14 | 202.03 | 71.11 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 4/9/2011 | 11RO | 11RO | E53IROAKAX_ | 4.25 | 4.25 | 0 | 0 | 171.97 | 127.20 | 44.77 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 4/23/2011 | 11RO | 11RU | E53JROYPAD_ | 2.25 | 2.25 | 0 | 0 | 91.04 | 67.34 | 23.70 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 4/23/2011 | 11RO | 11RU | E53JROAKDX_ | 3.75 | 3.75 | 0 | 0 | 151.74 | 112.24 | 39.50 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 4/23/2011 | 11RO | 11RU | E53JROAKCX_ | 12 | 12 | 0 | 0 | 485.57 | 359.16 | 126.41 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 4/23/2011 | 11RO | 11RU | E53JROAKBX_ | 12 | 12 | 0 | 0 | 485.57 | 359.16 | 126.41 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 4/23/2011 | 11RO | 11RU | E53IROYPAD_ | 0.75 | 0.75 | 0 | 0 | 30.35 | 22.45 | 7.90 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 4/23/2011 | 11RO | 11RU | E53IROAKDX_ | 1.25 | 1.25 | 0 | 0 | 50.58 | 37.41 | 13.17 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 4/23/2011 | 11RO | 11RU | E53IROAKCX_ | 4 | 4 | 0 | 0 | 161.86 | 119.72 | 42.14 | 0.00 | 0.00 | 0.00 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JASPER | KRISTEN M | 4/23/2011 | 11RO | 11RU | E53IROAKBX_ | 4 | 4 | 0 | 0 | 161.86 | 119.72 | 42.14 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/7/2011 | 11RO | 11RO | E53JROYTRN_ | 5.25 | 5.25 | 0 | 0 | 212.44 | 157.13 | 55.31 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/7/2011 | 11RO | 11RO | E53JROYPAD_ | 1.5 | 1.5 | 0 | 0 | 60.70 | 44.90 | 15.80 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/7/2011 | 11RO | 11RO | E53JROAKDX_ | 15.75 | 15.75 | 0 | 0 | 637.32 | 471.40 | 165.92 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/7/2011 | 11RO | 11RO | E53JROAKCX_ | 6.75 | 6.75 | 0 | 0 | 273.14 | 202.03 | 71.11 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/7/2011 | 11RO | 11RO | E53JROAKBX_ | 20.25 | 20.25 | 0 | 0 | 819.41 | 606.08 | 213.32 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/7/2011 | 11RO | 11RO | E53JROAKAX_ | 10.5 | 10.5 | 0 | 0 | 424.88 | 314.27 | 110.61 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/7/2011 | 11RO | 11RO | E53IROYTRN_ | 1.75 | 1.75 | 0 | 0 | 70.81 | 52.38 | 18.44 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/7/2011 | 11RO | 11RO | E53IROYPAD_ | 0.5 | 0.5 | 0 | 0 | 20.23 | 14.97 | 5.27 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/7/2011 | 11RO | 11RO | E53IROAKDX_ | 5.25 | 5.25 | 0 | 0 | 212.44 | 157.13 | 55.31 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/7/2011 | 11RO | 11RO | E53IROAKCX_ | 2.25 | 2.25 | 0 | 0 | 91.05 | 67.34 | 23.70 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/7/2011 | 11RO | 11RO | E53IROAKBX_ | 6.75 | 6.75 | 0 | 0 | 273.14 | 202.03 | 71.11 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/7/2011 | 11RO | 11RO | E53IROAKAX_ | 3.5 | 3.5 | 0 | 0 | 141.63 | 104.76 | 36.87 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/21/2011 | 11RO | 11RO | E53JROYTRN_ | 1.125 | 1.125 | 0 | 0 | 45.52 | 33.67 | 11.85 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/21/2011 | 11RO | 11RO | E53JROAKDX_ | 12.375 | 12.375 | 0 | 0 | 500.75 | 370.38 | 130.36 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/21/2011 | 11RO | 11RO | E53JROAKCX_ | 15 | 15 | 0 | 0 | 606.97 | 448.95 | 158.02 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/21/2011 | 11RO | 11RO | E53JROAKBX_ | 28.5 | 28.5 | 0 | 0 | 1,153.24 | 853.01 | 300.23 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/21/2011 | 11RO | 11RO | E53JROAKAX_ | 3 | 3 | 0 | 0 | 121.39 | 89.79 | 31.60 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/21/2011 | 11RO | 11RO | E53IROYTRN_ | 0.375 | 0.375 | 0 | 0 | 15.17 | 11.22 | 3.95 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/21/2011 | 11RO | 11RO | E53IROAKDX_ | 4.125 | 4.125 | 0 | 0 | 166.92 | 123.46 | 43.45 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/21/2011 | 11RO | 11RO | E53IROAKCX_ | 5 | 5 | 0 | 0 | 202.32 | 149.65 | 52.67 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/21/2011 | 11RO | 11RO | E53IROAKBX_ | 9.5 | 9.5 | 0 | 0 | 384.41 | 284.34 | 100.08 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 5/21/2011 | 11RO | 11RO | E53IROAKAX_ | 1 | 1 | 0 | 0 | 40.46 | 29.93 | 10.53 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/4/2011 | 11RO | 11RO | E53JROAKDX_ | 7.49999 | 7.49999 | 0 | 0 | 303.48 | 224.47 | 79.01 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/4/2011 | 11RO | 11RO | E53JROAKCX_ | 14.62502 | 14.62502 | 0 | 0 | 591.79 | 437.73 | 154.07 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/4/2011 | 11RO | 11RO | E53JROAKBX_ | 23.99996 | 23.99996 | 0 | 0 | 971.14 | 718.32 | 252.82 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/4/2011 | 11RO | 11RO | E53JROAKAX_ | 7.87502 | 7.87502 | 0 | 0 | 318.66 | 235.70 | 82.96 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/4/2011 | 11RO | 11RO | E53IROAKDX_ | 2.5 | 2.5 | 0 | 0 | 101.16 | 74.83 | 26.34 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/4/2011 | 11RO | 11RO | E53IROAKCX_ | 4.87501 | 4.87501 | 0 | 0 | 197.26 | 145.91 | 51.36 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/4/2011 | 11RO | 11RO | E53IROAKBX_ | 7.99999 | 7.99999 | 0 | 0 | 323.71 | 239.44 | 84.27 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/4/2011 | 11RO | 11RO | E53IROAKAX_ | 2.62501 | 2.62501 | 0 | 0 | 106.22 | 78.57 | 27.65 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/18/2011 | 11RO | 11RO | E53IROAKDX_ | 6 | 6 | 0 | 0 | 242.79 | 179.58 | 63.21 | 0.00 | 0.00 | 0.00 |
| JASPER | KRISTEN M | 6/18/2011 | 11RO | 11RO | E53JROAKDX_ | 18 | 18 | 0 | 0 | 728.36 | 538.74 | 189.62 | 0.00 | 0.00 | 0.00 |
| | | | | | | **1977.80011** | **1977.80011** | **0** | **0** | **$ 79,357.54** | **$ 59,105.81** | **$ 20,251.71** | **0** | **0** | **0** |