## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Crim. No. 12-CR-163 (BAH) |
| : | |
| **KRISTEN M. JASPER,** : | |
| **Defendant.** : | |
| _____ : | |

### SUPPLEMENTAL AFFIDAVIT OF PHILIP W. KROOP

I, PHILIP W. KROOP, Special Agent and Chief, Quality and Integrity Assurance, United States Office of Personnel Management, Federal Investigative Services ("OPM-FIS"), having been duly sworn, hereby depose and state as follows:

A. OBJECTIVE:

1. This supplemental affidavit is presented in further support of the government's memorandum in aid of sentencing of defendant KRISTEN M. JASPER ("JASPER") for her conviction for making a false statement.

B. WORK INVOLVED IN RECOVERY EFFORT

2. As part of a recovery effort, recovery investigators are required to re-interview each source the defendant allegedly contacted and redo each record check that defendant purportedly conducted. Every recovery interview and record check by a recovery agent must be documented on a recovery tracking spreadsheet so that OPM-FIS has a record of the rework and validation process. When a falsification or other reportable issue is found, a Memorandum to the File must be prepared as well. Upon learning that a source was never interviewed, recovery investigators are also required to write up a corrected ROI. Upon learning that a source was never interviewed and does not even know the subject of the investigation, recovery investigators are required to

find a new source who does know the subject, interview that source, and write up that interview in a ROI.

### C. CALCULATION OF RECOVERY COST

3. The final total cost of the Jasper recovery project was $117,980.77. This total includes no time that any OPM Office of the Inspector General ("OPM-OIG") agent spent on the Jasper investigation. Nor does it include any time that I spent on the Jasper recovery project, even though some of the time I spent on it was unrelated to the criminal investigation. In order to keep things simple, I excluded all of my time from the calculation of the recovery cost.

4. All of the time charged to the recovery effort was directly attributable to the reworking and correction of defendant's reports. This work had to be done in order to ensure the truth and accuracy of defendant's reports and thereby protect our national security. All of this rework would have been performed even if there had been no prospect of criminal prosecution in this matter.

I swear to the truth of the foregoing under pain and penalty of perjury, this 6th day of February, 2013.

_____
Philip W. Kroop

2