# E2 Travel Voucher

04 Feb 2013 @ 10:11:58

PRIVACY ACT NOTICE: The following information is provided to comply with the Privacy Act of 1974(P.S. 93-579). The information requested on the form is required under the provisions of 5 U.S.C. Chapter 57(as amended), Executive Orders 11609 of July 22, 1971, and 1102 of March 27, 1962, for the purpose of facilitating authorization action and the request for advance of funds for travel and other expenses to be incurred under administrative. The information contained in this form will be used by the Federal agency officers and employees who have a need for such information in the performance of their duties. Information will be transferred to appropriate Federal, State, local, or foreign agencies when relevant to civil, criminal or regulatory investigations, or prosecutions. Failure to provide the information required will result in delay or suspension of the processing of this form.

## Voucher Information

| Document Number | Trip Status | Trip Id | Submit Date | Approve Date |
|---|---|---|---|---|
| 6C200906048721510 | Closed Voucher | 587215-1 | 2009-06-25 | 2009-06-30 |

| Traveler | Official Duty Station | Title | Final Voucher Flag |
|---|---|---|---|
| KRISTEN M JASPER | Washington, DC | Special Agent | Yes |

Mailing Address

US

| CONUS/OCONUS | Travel Purpose | Agency Travel | Travel Charge Card Holder |
|---|---|---|---|
| CONUS | All Hands Training | TDY | No |

Office Phone: 571-285-7105
Home Phone: N/A

Estimated Dates of Travel
2009-06-08 thru 2009-06-12

## Authorized Itinerary

Cabin Class  Coach

| Arrive | Depart | Time | Location | Car | Hotel | Mode | Notes |
|---|---|---|---|---|---|---|---|
| 2009-06-08 | 2009-06-08 | N/A | Washington, DC | NONE | No | CP | |
| 2009-06-08 | 2009-06-12 | N/A | Minneapolis, MN | NONE | Yes | CP | Temporary Duty, LDG $130, M & IE $48 |
| 2009-06-12 | 2009-06-12 | N/A | Washington, DC | NONE | No | NONE | |

PA-C = Government auto available and committed
PA-NA = Government auto not available
PA-NC = Government auto available and not committed

## Voucher Expense Totals

| Transport | Lodging | Meals & Incidentals | Car Rental | Local Transport | POV | Misc | Grand Total |
|---|---|---|---|---|---|---|---|
| 573.19 | 520.00 | 288.00 | 0.00 | 0.00 | 0.00 | 108.60 | 1,489.79 |

## Travel Advance Information

| Document Number | Date Approved | Currency | Advance Amount (LCU) | Advance Amount (USE) | Liquidate (USE) | Remaining (USE) |
|---|---|---|---|---|---|---|
| | | | 0.00 | 0.00 | 0.00 | 0.00 |

## Voucher Accounting Information

| Accounting String | Object Code | CBA Amount | Travel Charge Card | Traveler Amount | Voucher Amount |
|---|---|---|---|---|---|
| Segment Names: BBFY/FUND/FACILITY/BUDGET ACTIVITY/ORGANIZATION/COST ELEMENT/PROGRAM/PROJECT | | | | | |
| 2009/3I/11/OPM/11AA/110/N/A/E53IAAHGAX | 2151 | 598.19 | 0.00 | 891.60 | 1,489.79 |
| | | 598.19 | 0.00 | 891.60 | 1,489.79 |

## Traveler Payment Summary

| Total Traveler | Less Liquidated Advance Amount | Total Amount to Traveler |
|---|---|---|
| 891.60 | 0.00 | 891.60 |

## Traveler Payment Details

| Document Number | Payment Amount | Currency Code | Payment Amount (USE) | Payment Type | Bank Name |
|---|---|---|---|---|---|
| | | | | | |

## Voucher Expense Summary

| Location | Expense Category | Expense Type | Amount | Expense Reimbursement Type |
|---|---|---|---|---|
| Minneapolis, MN | Lodging | Lodging | 520.00 | Perdiem |
| Minneapolis, MN | Meals & Incidentals | Meals Perdiem | 288.00 | Perdiem |
| Minneapolis, MN | Misc | Lodging Tax | 53.60 | Perdiem |
| Minneapolis, MN | Misc | Voucher Transaction Fee | 0.00 | |
| Washington, DC | Misc | Excess Baggage Fees | 30.00 | |
| Washington, DC | Misc | Online Booking Engine Fee | 25.00 | |
| Washington, DC | Transport | Airfare | 573.19 | |

## Voucher Expense Lines

| Line # | Date | Location | Expense Category | Expense Type | Claim Amt | Expense Reimbursement | Approved | Reason |
|---|---|---|---|---|---|---|---|---|
| 1 | 2009-06-08 | Washington, DC | Misc | Online Booking Engine Fee | 25.00 | none | 25.00 | adtrav booking fee |
| 2 | 2009-06-08 | Washington, DC | Transport | Airfare | 573.19 | none | 573.19 | Airfare |
| 3 | 2009-06-08 | Minneapolis, MN | Lodging | Lodging | 130.00 | Perdiem | 130.00 | none |

| Line # | Date | Location | Expense Category | Expense Type | Claim Amt | Expense Reimbursement | Approved | Reason |
|---|---|---|---|---|---|---|---|---|
| 4 | 2009-06-08 | Minneapolis, MN | Misc | Lodging Tax | 13.40 | Perdiem | 13.40 | none |
| 5 | 2009-06-08 | Minneapolis, MN | Meals & Incidentals | Meals Perdiem | 48.00 | Perdiem | 48.00 | none |
| 6 | 2009-06-08 | Washington, DC | Misc | Excess Baggage Fees | 30.00 | none | 30.00 | ONE checked bag, round trip |
| 7 | 2009-06-09 | Minneapolis, MN | Lodging | Lodging | 130.00 | Perdiem | 130.00 | none |
| 8 | 2009-06-09 | Minneapolis, MN | Misc | Lodging Tax | 13.40 | Perdiem | 13.40 | none |
| 9 | 2009-06-09 | Minneapolis, MN | Meals & Incidentals | Meals Perdiem | 64.00 | Perdiem | 64.00 | none |
| 10 | 2009-06-10 | Minneapolis, MN | Lodging | Lodging | 130.00 | Perdiem | 130.00 | none |
| 11 | 2009-06-10 | Minneapolis, MN | Misc | Lodging Tax | 13.40 | Perdiem | 13.40 | none |
| 12 | 2009-06-10 | Minneapolis, MN | Meals & Incidentals | Meals Perdiem | 64.00 | Perdiem | 64.00 | none |
| 13 | 2009-06-11 | Minneapolis, MN | Lodging | Lodging | 130.00 | Perdiem | 130.00 | none |
| 14 | 2009-06-11 | Minneapolis, MN | Misc | Lodging Tax | 13.40 | Perdiem | 13.40 | none |
| 15 | 2009-06-11 | Minneapolis, MN | Meals & Incidentals | Meals Perdiem | 64.00 | Perdiem | 64.00 | none |
| 16 | 2009-06-12 | Minneapolis, MN | Meals & Incidentals | Meals Perdiem | 48.00 | Perdiem | 48.00 | none |
| 17 | 2009-06-12 | Minneapolis, MN | Misc | Voucher Transaction Fee | 0.00 | none | 0.00 | none |

## Voucher Remarks

Remark Details

## History

| Date | Action |
|---|---|
| 04JUN09 Thu 09:06AM | Status now New Authorization |
| 04JUN09 Thu 09:06AM | Created by KRISTEN M JASPER |
| 04JUN09 Thu 09:10AM | Reservations retrieved for confirmation code L9I74I by KRISTEN.M JASPER |
| 04JUN09 Thu 09:10AM | Initial Booked Total Airfare Amount: $573.19 |
| 04JUN09 Thu 09:10AM | Status changed to: Reservations Booked |
| 04JUN09 Thu 09:11AM | Traveler KRISTEN M JASPER updated the cabin class to Coach Class |
| 04JUN09 Thu 09:29AM | Submitted to FISD-160 LVL1 approver SOLIS, ROLANDO by KRISTEN M JASPER |
| 04JUN09 Thu 09:29AM | KRISTEN M JASPER acknowledged that the authorization reflects the reservation(s) booked. |

| Date | Action |
|---|---|
| 04JUN09 Thu 09:29AM | Status changed to: Pending Authorization Approval |
| 04JUN09 Thu 09:30AM | Revised by Approver ROLANDO SOLIS   Reason: Other - Explain in remarks to traveler. |
| 04JUN09 Thu 09:30AM | Status changed to: Revised Authorization |
| 04JUN09 Thu 09:34AM | Submitted to FISD-160 LVL1 approver SOLIS, ROLANDO by KRISTEN M JASPER |
| 04JUN09 Thu 09:34AM | Status changed to: Pending Authorization Approval |
| 04JUN09 Thu 09:35AM | Revised by Approver ROLANDO SOLIS   Reason: Other - Explain in remarks to traveler. |
| 04JUN09 Thu 09:35AM | Status changed to: Revised Authorization |
| 04JUN09 Thu 03:46PM | Submitted to FISD-192 LVL1 approver BRIGGS, ERIN L by KRISTEN M JASPER |
| 04JUN09 Thu 03:46PM | Status changed to: Pending Authorization Approval |
| 05JUN09 Fri 03:59PM | Approving Official ERIN L BRIGGS authorized per diem at MINNEAPOLIS, MN |
| 05JUN09 Fri 03:59PM | Status changed to: Open Voucher |
| 05JUN09 Fri 03:59PM | Approved By FISD-192 LVL1 Approver BRIGGS, ERIN L |
| 05JUN09 Fri 03:59PM | Agency successfully notified of event: TripAuthorizationApproved for trip 587215 |
| 22JUN09 Mon 05:37PM | Amended to 587215-1 by KRISTEN M JASPER |
| 22JUN09 Mon 05:37PM | Status changed to: Reservations Booked |
| 22JUN09 Mon 05:42PM | Submitted to FISD-192 LVL1 approver BRIGGS, ERIN L by KRISTEN M JASPER |
| 22JUN09 Mon 05:42PM | KRISTEN M JASPER acknowledged that the authorization reflects the reservation(s) booked. |
| 22JUN09 Mon 05:42PM | Status changed to: Pending Authorization Approval |
| 23JUN09 Tue 08:45AM | Approving Official ERIN L BRIGGS authorized per diem at MINNEAPOLIS, MN |
| 23JUN09 Tue 08:45AM | Status changed to: Open Voucher |
| 23JUN09 Tue 08:45AM | Approved By FISD-192 LVL1 Approver BRIGGS, ERIN L |
| 23JUN09 Tue 08:45AM | Agency successfully notified of event: TripAuthorizationApproved for trip 587215-1 |
| 25JUN09 Thu 08:25PM | Voucher 1 was labeled final voucher for trip 587215-1 by KRISTEN M JASPER |
| 25JUN09 Thu 08:25PM | Voucher 1 submitted to FISD-192 LVL1 approver ERIN L BRIGGS by KRISTEN M JASPER |
| 30JUN09 Tue 10:27AM | Voucher# 1 approved by final Approver ERIN L BRIGGS |
| 30JUN09 Tue 10:27AM | Agency successfully notified of event: TripVoucherApproved for trip 587215-1, voucher 1 |
| 30JUN09 Tue 12:15PM | Voucher Request Approved by agency financial system for Trip Id: 587215-1, Voucher:1 |
| 30JUN09 Tue 12:15PM | Agency Financial System Extended comment:Travel Voucher Received and Processed Successfully |
| 02JUL09 Thu 07:15AM | Status changed to: Closed Voucher |

Audit/Approver Information

| Action | Official | Date / Time |
|---|---|---|
| Approved [FIS-192 LVL1] | ERINBRIGGS[BRIGGS,ERIN] | 2009-06-30 |